# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 16, 2021

Lyle W. Cayce
Clerk

No. 21-60059
Summary Calendar

David Smith,

*Plaintiff—Appellant*,

*versus*

City of Beaumont; Wayne Penton,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:19-CV-140

Before Clement, Ho, and Oldham, *Circuit Judges*.

Per Curiam:*

Having fully considered the parties' briefing and the record on appeal, we conclude that the district court did not commit reversible error in granting summary judgment to the defendants. AFFIRMED. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.